IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SIDNEY MARTS,

    Plaintiff,

vs.          CASE NO. 1:08CV116-MP/AK

SANDI LEWIS,

    Defendants.

_____/

## O R D E R

Plaintiff has moved to voluntarily dismiss his complaint without prejudice. (Doc. 4). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and this cause **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** this **6th** day of June, 2008.

          *s/ A. KORNBLUM*
          ALLAN KORNBLUM
          UNITED STATES MAGISTRATE JUDGE